UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :    Chapter 11
METEX MFG. CORPORATION,                                      :
(f/k/a Kentile Floors, Inc.),                                :    Case No. 12-14554 (CGM)
                                                             :
                                      Debtor.                :
                                                             :
------------------------------------------------------------ x

## FOURTH ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTOR MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon consideration of debtor and debtor-in-possession Metex Mfg. Corporation's

(the "Debtor" or "Metex") *Debtor's Motion for the entry of an Order Granting a Fourth*

*Extension of the Exclusive Periods During Which Only the Debtor May File a Chapter 11 Plan*

*and Solicit Acceptances Thereof* (the "Motion")[1]; the Court having jurisdiction to consider the

relief requested pursuant to 28 U.S.C. §§157 and 1334; consideration of the Motion and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been

adequate and appropriate under the circumstances, and an opportunity for a hearing on the relief

requested in the Motion having been given; and having determined that the legal and factual

bases set forth in the Motion and on the record establish just cause for the relief granted herein;

---

[1]      Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

and having determined that such relief is in the best interest of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1.    The Exclusive Filing Period is extended through and including May 9, 2014 and the Exclusive Solicitation Period is extended through and including July 9, 2014.

2.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3.    The Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.



/s/ Cecelia G. Morris

**Dated: February 5, 2014**
        **Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**