REED SMITH LLP
Paul E. Breene, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
pbreene@reedsmith.com

Paul M. Singer, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063
psinger@reedsmith.com

*Attorneys for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
In re:                                                          :
                                                                :   Chapter 11
                                                                :
METEX MFG. CORPORATION,                                         :
(f/k/a Kentile Floors, Inc.),                                   :   Case No. 12-14554 (CGM)
                                                                :
                                        Debtor.                 :
                                                                :
-------------------------------------------------------------- x

**NOTICE OF EFFECTIVE DATE OF PLAN OF REORGANIZATION OF METEX
MFG. CORPORATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

           **PLEASE TAKE NOTICE** that, on June 23, 2014, the United States Bankruptcy

Court for the Southern District of New York (the "Bankruptcy Court") entered its *Findings of*

*Fact, Conclusions of Law, and Order Confirming Plan of Reorganization of Metex Mfg.*

*Corporation Under Chapter 11 of the Bankruptcy Code* [Doc. No. 567] (the "Confirmation

Order") confirming the *Plan of Reorganization of Metex Mfg. Corporation Under Chapter 11 of*

*the Bankruptcy Code* [Doc. No. 363] (as supplemented, the "Plan") in the above-captioned

chapter 11 case of Metex Mfg. Corporation f/k/a Kentile Floors, Inc. (the "Debtor").  Capitalized

terms used but not defined in this notice have the meanings given in the Plan.

   **PLEASE TAKE FURTHER NOTICE** that, on August 1, 2014, the United

States District Court for the Southern District of New York entered an order [Doc. No. 5; Misc.

Case No. 14-00213-P1] (the "Affirmation Order") affirming the Confirmation Order in all

respects.  A copy of the Affirmation Order is attached to this notice as **Exhibit A.**

   **PLEASE TAKE FURTHER NOTICE** that all conditions precedent to the

Effective Date of the Plan have been waived or satisfied and the Effective Date occurred on

**September 3, 2014**.

   **PLEASE TAKE FURTHER NOTICE** that each of the Asbestos PI Channeling

Injunction and the Insurance Policy Injunction issued in the Confirmation Order have become

effective.

   **PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Confirmation

Order, and other Plan-related documents may be obtained through the website of the Debtor's

noticing agent at http://www.loganandco.com, by navigating to the case information page for

Metex Mfg. Corporation, or examined between the hours of 9:00 a.m. and 4:30 p.m. (Eastern

Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, Room 511, New York, New York 10004.


    *[The remainder of this page was intentionally left blank.]*

Dated:  September 3, 2014
      New York, New York

REED SMITH LLP

By:    */s/ Paul M. Singer*
      Paul E. Breene, Esq.
      599 Lexington Avenue
      New York, NY 10022
      Telephone: (212) 521-5400
      Facsimile: (212) 521-5450
      Email:  pbreene@reedsmith.com

      Paul M. Singer, Esq.
      225 Fifth Avenue, Suite 1200
      Pittsburgh, PA 15222
      Telephone: (412) 288-3114
      Facsimile: (412) 288-3063
      Email:  psinger@reedsmith.com

      *Attorneys for the Debtor and Debtor in Possession*